[No. 9421–1–I.   Division One.   March 1, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ARNOLD
WILLIG, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–8–02924–1, David W. Soukup, J., entered
September 11, 1980. *Affirmed* by unpublished opinion per
Andersen, C.J., concurred in by Swanson and Callow, JJ.

[No. 9833–1–I.   Division One.   March 1, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
MICHAEL HODGES, *Defendant,* BRIAN
KEITH YOUNG, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85683, James A. Noe, J., entered January 23,
1981. *Affirmed* by unpublished opinion per Durham, J.,
concurred in by Andersen, C.J., and Callow, J.

[No. 8802–5–I.   Division One.   March 1, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE
ALLEN CHRISTOPHER, *Appellant.*

Appeal from judgments of the Superior Court for King
County, Nos. 71810, 62346, Norman W. Quinn, J., entered
April 29 and May 6, 1980. *Affirmed in part* and *reversed in
part* by unpublished opinion per Williams, J., concurred in
by Swanson and Callow, JJ.

[No. 8974–9–I.   Division One.   March 1, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
NORMAN ESTER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–00344–1, H. Joseph Coleman, J., entered
June 18, 1980. *Affirmed* by unpublished opinion per Ander-
sen, C.J., concurred in by Swanson and Callow, JJ.